UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
GAMERUN INC.,                                           :
                                                        :
                              Plaintiff,                :
                                                        :              26-CV-4340 (LJL)
                  -against-                             :
                                                        :              **ORDER**
MICHAEL INSALACO,                                       :
                                                        :
                              Defendant.                :
                                                        :
-------------------------------------------------------- X
VERNON S. BRODERICK, United States District Judge:

I am in receipt of Defendant Michael Insalaco's ("Insalaco" or "Defendant") motion for a temporary restraining order ("TRO") and preliminary injunction, (Doc. 10), and his affirmative defenses, counterclaims, and third-party claims against Plaintiff GameRun Inc. ("GameRun") and individuals Kristin Boggiano and Kapil Rathi. Accordingly, it is hereby ORDERED that the parties shall attend a telephonic hearing on the application for a temporary restraining order on Monday, June 8, 2026 at 11:00 a.m. ET in front of Judge Lewis J. Liman. The dial-in information will be forthcoming and provided by Judge Liman. The parties should be prepared to discuss the application and whether additional briefing is appropriate during the conference.

IT IS FURTHER ORDERED that by June 4, 2026, Insalaco is directed to serve GameRun and all third-party defendants with a copy of his answer and counterclaims, the TRO and preliminary injunction motion, all accompanying motion papers, and a copy of this Order, and promptly file proof of such service on the docket.

SO ORDERED.

Dated:      June 3, 2026
            New York, New York

Vernon S. Broderick
United States District Judge

2