UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                           :

GAMERUN INC.,                           :

               Plaintiff,        :

            -v-                      :

MICHAEL INSALACO,             :

             Defendant.     :
------------------------------------------------------------------------X

26-cv-04340 (LJL)

ORDER

**LEWIS J. LIMAN, United States District Judge:**

The motion hearing on the application for a temporary restraining order scheduled on Monday, June 8, 2026 at 11:00 a.m. will no longer proceed by telephone conference, and instead will be held remotely by Microsoft Teams video conference. The parties will be provided instructions for accessing the hearing via email. Members of the public can access the hearing by dialing into the Court's audio only teleconference line at 646-453-4442 and using Conference ID# 358639322.

SO ORDERED.

Dated: June 4, 2026
      New York, New York

                                          LEWIS J. LIMAN
                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2026