UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

GAMERUN INC.,

                Plaintiff,

    -v-

MICHAEL INSALACO,

                Defendant.

--------------------------------------------------------------------X

26-cv-4340 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/9/2026___

LEWIS J. LIMAN, United States District Judge:

The Court held a hearing yesterday, June 8, 2026, on Defendant's motion for emergency injunctive relief.  Dkt. No. 10.  As indicated on the record at the conference:

The motion is denied without prejudice to renewal for the reasons provided on the record. Defendant may renew the motion by June 24, 2026.  Plaintiff may file opposition papers by July 10, 2026, and Defendant may file a reply brief by July 17, 2026.  The parties' motion papers shall indicate whether they believe live witness testimony is required or whether they agree to proceed on the papers.  Defendant's request for electronic service is pending.  In the meantime, the parties shall serve their filings on one another via email.

The Court will hold a status conference via Microsoft Teams on July 17, 2026, at 2:00 PM to discuss the contours of the hearing on any renewed motion for a preliminary injunction, which shall occur on July 22, 2026, at 9:30 AM in Courtroom 15C of the 500 Pearl Street Courthouse.  If live witness testimony is not necessary at the hearing, the parties may file letters with the Court stating their position with respect to moving the hearing to Teams.

By July 20, 2026, the parties shall submit a proposed Case Management Plan and Scheduling Order.  A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman.

This document should be filed electronically on ECF, consistent with the Court's Individual Practices in Civil Cases, which are available on the same webpage.  Parties should consult the Individual Practices for guidance on the matters to be discussed at the Initial Pretrial Conference and for the Court's rules with respect to communications with Chambers and other procedural matters.

The Clerk of Court is respectfully directed to close Dkt. No. 10.

SO ORDERED.

Dated: June 9, 2026
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge

2