USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAMERUN INC.,

Plaintiff,

-v-

MICHAEL INSALACO,

Defendant.

MICHAEL INSALACO,

Counterclaim Plaintiff,

-v-

GAMERUN INC.,

Counterclaim Defendant.

26-cv-4340 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

A hearing on Defendant/Counterclaim-Plaintiff's amended motion for a preliminary injunction is scheduled for July 22, 2026 at 9:30 a.m. As discussed at the pre-hearing conference held today, no party has requested the opportunity for live testimony and the hearing thus will be limited to argument based on the evidence submitted in connection with the motion papers. Defendant/Counterclaim-Plaintiff's reply in further support of the motion is due today. Defendant/Counterclaim-Plaintiff shall follow the Court's Individual Practices with respect to any motion for leave to file exhibits under seal. *See* Dkt. No. 31. Notwithstanding the provision to the contrary in the Court's Individual Practices, Plaintiff/Counterclaim-Defendant's deadline to respond to the motion to seal is July 21, 2026 at 5:00 p.m. Failure to comply with the Court's

Individual Practices or with this order or to satisfy the standards set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 113 (2d Cir. 2006) and its progeny, may alone result in denial of the motion and in unsealing.

As further discussed at the pre-hearing conference, Defendant/Counterclaim-Plaintiff may move to amend the answer/counterclaim/third-party complaint no later than the date by which opposition papers are due to the motion for judgment on the pleadings filed July 16, 2026, at Dkt. No. 32. Plaintiff/Counterclaim-Defendant shall file its opposition to the motion to amend no later than the date by which the reply in further support of the motion for judgment on the pleadings is due. Plaintiff/Counterclaim-Defendant may file a single memorandum in further support of the motion for judgment on the pleadings and in opposition to the motion to amend but – absent consent – the page limits for each motion (i.e., the motion to amend and the motion for judgment on the pleadings) shall not exceed the page limits set forth in the Court's Individual Practices and in the Local Rules. Absent consent otherwise, Defendant/Counterclaim-Plaintiff's time to reply in further support of the motion to amend shall be that set forth in the Court's Individual Practices.

All discovery is stayed in this case pending a decision on the motion for judgment on the pleadings. The parties shall file a joint letter within two weeks of a decision on the motion for judgment on the pleadings setting forth the status of the case and requesting an initial pre-trial conference which may be held remotely.

SO ORDERED.

Dated: July 17, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge