USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/04/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAMERUN INC.,

Plaintiff,

-v-

MICHAEL INSALACO,

Defendant.

MICHAEL INSALACO,

Counterclaim Plaintiff,

-v-

GAMERUN INC.,

Counterclaim Defendant.

26-cv-4340 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On July 30, 2026, Defendant/Counterclaim-Plaintiff/Third-Party Plaintiff Michael Insalaco ("Defendant") filed a notice of appeal to the United States Court of Appeals for the Second Circuit from this Court's Order denying Defendant's amended motion for a preliminary injunction. Dkt. No. 57. Defendant filed on the same day a motion for injunction pending appeal pursuant to Fed. R. App. P. 8(a)(1) together with supporting papers. Dkt. Nos. 61–64.

Plaintiff/Counterclaim-Defendant GameRun Inc. need not respond to the motion for injunction pending appeal absent further order of the Court.

SO ORDERED.

Dated: August 4, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge