The Shapiro Firm, LLP
Attorneys at Law

Robert J. Shapiro*
Jonathan S. Shapiro

Writer's Direct E-Mail:

Tel: 212-391-6464
Fax: 212-719-1616

*Also Admitted in New Jersey

August 24, 2026

**VIA ECF**
The Honorable Judge Lewis J. Liman, U.S.D.J.
United States District Court
500 Pearl Street, Courtroom 15C
New York, New York 10007

**Re: *GameRun Inc. v. Insalaco*, No. 26-cv-04340 (LJL) – Joint Letter on Court's Instructions**

Dear Judge Liman:

Plaintiff/Counterclaim-Defendant, GameRun, Inc. ("GameRun") and Third-Party Defendants Boggiano and Rathi (together "Third-Party Defendants") in the above-referenced action, through the undersigned counsel, write, and are joined by Defendant/Counter-Plaintiff/Third-Party Plaintiff, Michael Insalaco, appearing *pro se*, ("Insalaco"), for an instruction and clarification concerning Your Honor's July 17, 2026 Order (Dkt. 35) (the "July 17 Order").

The July 17 Order stated:

> All discovery is stayed in this case pending a decision on the motion for judgment on the pleadings. The parties shall file a joint letter within two weeks of a decision on the motion for judgment on the pleadings setting forth the status of the case and requesting an initial pre-trial conference which may be held remotely.

*Id.* at 2. Instructions in Your Honor's Order of August 19, 2026 (Dkt., 73, at p.3) appear to vary from the above instructions, and counsel respectfully request that the Court clarify the same such that the parties are directed to follow those outlined above from the July 17 Order. Counsel submit that the Court's July 17 Order presents the most efficient plan for this matter, from a party and judicial resources standpoint.

The briefing schedule for two pending motions have been coordinated, also pursuant to the July 17 Order, such that GameRun and the Third-Party Defendants' Motion for Judgement on the Pleadings (Dkt. 32) is now fully briefed; and Insalaco's Motion for Leave to Amend (Dkt. 46) will be fully briefed by August 28, 2026. Depending upon Your Honor's rulings on these pending motions, the contours of the case may well be dramatically changed. Your Honor's July 17 Order (and above quoted instructions) would allow the parties sufficient time, post-rulings, to consider, among other things, their discovery needs and case positions. Relatedly, it would also seem possible that there could be a window therein, in which the parties might be interested in discussing a resolution.

If Your Honor has any questions and/or requires any additional information, the parties would be happy to provide the same.

Respectfully submitted,

**THE SHAPIRO FIRM, LLP**

/s/ Jonathan S. Shapiro, Esq.
Jonathan S. Shapiro, Esq. (JS-3068)
Robert J. Shapiro, Esq. (RS-3220)
270 Madison Avenue, Suite 1801
New York, NY 10110
Telephone: (212) 391-6464
e-mail: jshapiro@theshapirofirm.com
e-mail: rshapiro@theshapirofirm.com

*Counsel for Plaintiff GameRun Inc. and Third-Party Defendants Boggiano and Rathi*

cc: Defendant Michael Insalaco, *pro se* (via email)

The portion of the Court's August 19, 2026 Order at Dkt. No 73 scheduling an Initial Pretrial Conference for September 3, 2026 at 3:00 p.m. and directing the parties to jointly submit a proposed Case Management Plan and Scheduling Order by one week prior to the conference is VACATED. The remainder of the Order stands. Counsel shall follow the instructions set forth in the Court's July 17, 2026 Order at Dkt. No. 35 directing the parties to file a joint letter within two weeks of a decision on the motion for judgment on the pleadings setting forth the status of the case and requesting an initial pretrial conference which may be held remotely.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

August 25, 2026